UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRAL AD SCIENCE HOLDING CORP., LISA UTZSCHNEIDER, TANIA SECOR, and VISTA EQUITY PARTNERS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 1:25-cv-00847-LAK<br><br>CLASS ACTION<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4-3-25 |

[PROPOSED] ORDER APPOINTING OKLAHOMA FIREFIGHTERS
PENSION AND RETIREMENT SYSTEM AS LEAD PLAINTIFF
AND APPROVING ITS SELECTION OF LEAD COUNSEL

Having considered the Motion of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") for appointment as Lead Plaintiff and for approval of its selection of Lead Counsel, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Court hereby concludes that Oklahoma Firefighters is the "most adequate plaintiff" and that its complies with the requirements of Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Pub. L. 104-67, 109 Stat. 737. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, the Court hereby appoints Oklahoma Firefighters as Lead Plaintiff in this action and in any related actions consolidated pursuant to this Order.

2. Oklahoma Firefighters' selection of the law firm of Berman Tabacco to serve as Lead Counsel for the Class is hereby approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead

Counsel shall have, *inter alia*, the following responsibilities and duties to perform or delegate as appropriate:

    a) File an amended complaint and/or any amended consolidated complaints;

    b) Brief and argue motions;

    c) Initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    d) Direct and coordinate the examination of witnesses in depositions;

    e) Act as spokesperson at pretrial conferences;

    f) Initiate and conduct any settlement negotiations with counsel for the defendants;

    g) Consult with and employ experts; and

    h) Supervise all other matters related to the prosecution or resolution of this action.

*The Clerk shall terminate DE 15.*

IT IS SO ORDERED.

DATED: 4/3/25

HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

2