UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRAL AD SCIENCE HOLDING CORP., LISA UTZSCHNEIDER, TANIA SECOR, VISTA EQUITY PARTNERS FUND VI, L.P., VEPF VI, GP, LTD., VEPF MANAGEMENT, L.P., VEP GROUP, LLC, and VISTA EQUITY PARTNERS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 1:25-cv-847<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S MOTION TO STRIKE
CERTAIN MATERIALS SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR
MOTIONS TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), by and through its counsel, submits this Memorandum of Law in support of its Motion to Strike certain improper material and exhibits that litter Defendants' motions to dismiss.

Specifically, Plaintiff moves to strike:

- Exhibits 11, 15, 17, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, 32, 33, 34, 41, 42, 43 to the Declaration of Alexander Rodney ("Rodney Decl.") dated August 15, 2015 (ECF 41) (collectively the "IAS Exhibits");

- Exhibits 3, 6, 7, 8, 10, 11, 12, 13, 14 to the Declaration of Andrew St. Laurent ("St. Laurent Decl.") dated August 15, 2025 (ECF 44) (the "Secor Exhibits") (collectively with IAS Exhibits and Secord Exhibits are referred to as the "Disputed Exhibits");

- The CPM and Volume Table included in Defendant Secor's memorandum of law ("CPM Table"), which is based on the Disputed Exhibits;
- The four appendices attached to the defendants' motions to dismiss. ECF No. 40-1; 40-2; 43-1; 43-2 ("Appendices"); and
- All arguments related to the Disputed Exhibits, CPM Table, and Appendices.

In support of this Motion, Plaintiff files the accompanying Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Strike the Disputed Exhibits, Appendices and additional materials, as well as all related arguments. To the extent the Court is inclined to consider any of the Disputed Exhibits, such consideration must be limited to the timing and statements therein, and not the truth of the matter asserted.

Dated: October 14, 2025            Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Kathleen M. Donovan-Maher (*Pro Hac Vice* forthcoming)
Patrick T. Egan (PE-6812)
Steven. J. Buttacavoli (Admitted *Pro Hac Vice*)
Christina L. G. Fitzgerald (Admitted *Pro Hac Vice*)
Solal Wanstok (Admitted *Pro Hac Vice*)
Quentin Morgan (*Pro Hac Vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Email: kdonovanmaher@bermantabacco.com
pegan@bermantabacco.com
sbuttacavoli@bermantabacco.com
cfitzgerald@bermantabacco.com
swanstok@bermantabacco.com
qmorgan@bermantabacco.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System*

## CERTIFICATE OF SERVICE

      I certify that on this 14th day of October, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

Dated: October 14, 2025              */s/ Patrick T. Egan*
                                                  Patrick T. Egan