**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM,

Plaintiff,

-against-                                                          25 **CIVIL** 0847 (LAK)

<u>**JUDGMENT**</u>

INTEGRAL AD SCIENCE HOLDING CORP., et
al.

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion dated March 2, 2026, defendants' motions to dismiss

the amended complaint with prejudice (Dkts 39, 42) are granted in all respects.

**Dated:** New York, New York

     March 5, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
